# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) Plaintiff, ) <br> ) <br> vs. *Medina, Alfredo* ) <br> ) <br> ) <br> ) Defendant. ) <br> ) | Case No.: CR 14-644 <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

FILED CLERK, U.S. DISTRICT COURT DEC 15 2014 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY

  The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _CD/CA_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

  The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

  The Court finds that:

A.   (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _alleged factors of probation_

and/or

B. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _prob. & PSA report_

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 12/15/14

_____
UNITES STATES MAGISTRATE JUDGE