

FILED
CLERK, U.S. DISTRICT COURT
APR 17 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Alfredo Medina Defendant. | No. CR 14-00644-DMG ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (✓) the appearance of defendant as required; and/or

(B) ( ) the safety of any person or the community.

//
//

The court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____

_____

_____

_____

(B) ( ) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

Court bases its order on risk of flight.

_____

_____

_____

IT IS ORDERED that defendant be detained.

DATED: April 17, 2015

*Patrick J. Walsh*
~~JOHN E. MCDERMOTT~~ PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE